RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>                    Plaintiff,<br><br>Vs.<br><br>Babs Delta Diner, Inc., et al.,<br><br>                    Defendants. | Case Number 26-0021 LJC<br><br><br>NOTICE OF CONDITIONAL SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and all defendants have agreed to settle this action in its entirety as to all causes of action and as against all defendants. A form of written settlement agreement has been executed. Plaintiff expects that the terms will be fulfilled within 45 days, at which point, plaintiff will be in a position to dismiss the case. Plaintiff requests that all hearings be dropped from calendar.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: April 2, 2026

Notice of Conditional Settlement